**LAW OFFICE OF RESHMA KAMATH**
Reshma Kamath, Cal. Bar No. 333800,
700 El Camino Real, Suite 120, #1084,
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
Counsel for Plaintiffs JAMES JENKINS, JR., an individual and son; JAMES JENKINS III, an individual and father

### IN AND FOR THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JENKINS, JR., an individual and son; JAMES JENKINS III, an individual and father,<br><br>Plaintiffs,<br><br>v.<br><br>SHARON JIMENEZ, an individual; COLDWELL BANKER CORPORATION D/B/A COLDWELL BANKER PLATINUM PROPERTIES, a corporation and business; SHARON JIMENEZ; and, DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No.: 8:23-cv-01317-JWH-DFM<br><br>**NOTICE *RE* SUPPLEMENTAL PLEADING DUE APRIL 19, 2024 AND IN-PERSON APPEARANCE.** |

*TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD, HEREIN:*

# NOTICE

***PLEASE TAKE NOTICE*** that undersigned counsel will not be able to be in court in-person on May 10, 2024.

*One*, as a sole practitioner, counsel resides currently in Northern California, and to commute for an in-person hearing on Plaintiffs' Second Motion on May 10, 2024, at 9:00 a.m. in Courtroom 9D of the Ronald Reagan Federal Building and U.S. Courthouse, 411 W. 4th Street, Santa Ana, California, is not possible with the expenses and related case-load. ECF Dkt. No. 39. Counsel has forty-fifty cases and each case demands attention. Thus, counsel requests a remote appearance hearing for May 10, 2024, because most likely the court will deny the motion anyway. Counsel may want to withdraw the motion and re-file a motion. For this counsel also requires until April 19, 2024.

Other issues in this case:

*Two*, the court/clerk, each has made grave mistakes in this case.

The court struck ECF Dkt. 32/35 and then the clerk ruled on ECF Dkt. 32/37. ECF Dkt. Nos. 33, 35, 37. Whether this is the court's mismanagement, court's inadvertence, or blind belief in the clerk's statements, it is the court's error and only a good court/judge will admit that.

*Third*, and most importantly, one of the first motions that counsel ever filed was a motion for default judgment, accepted, and granted with an enforceable judgment. Thus, counsel knows how to draft, prepare and win. Counsel also knows a sum certain is required and that is what was in the motion for clerk's default judgment.

A clerk does not need to put falsified statements on the docket such as no proposed order when it was submitted properly per Standing Order instructions. ECF Dkt. No. 37.

The clerk and the court know very well that most of the statements the clerk made and that the court reinforced are false.

1 | Counsel does not want to demonstrate that in this case the judges/staff are biased as most courtrooms in California are. Counsel prefers to litigate on the merits. White people and people from other ethnicities/cultures within the courtrooms should not just assume things about litigants/counsel from other cultures/ethnicities when they're (former) the ones making mistakes.

Counsel will submit all the required materials for proper proof of service via the registered process-server on or before April 19, 2024 within five-pages– which includes a motion for default judgment against Defendant Orange County Sheriff. The attached in Exhibit A that was filed with the court should be sufficient proof.

Possibly, Defendant Orange County Sheriff will appear in this case on or before that date as they're possibly playing a waiting game.

*Sincerely,*

*/S/ Reshma Kamath*

Dated:  March 28, 2024

**LAW OFFICE OF RESHMA KAMATH**
Reshma Kamath
Counsel for Plaintiff
JAMES JENKINS JR. and JAMES JENKINS III

# EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Reshma Kamath SBN 333800<br>Reshma Kamath<br>700 El Camino Real Ste 120 PMB 1084<br>Menlo Park, CA 94025<br>ATTORNEY FOR   Plaintiff | (650) 257-0719 | |
| CENTRAL DISTRICT, SANTA ANA<br>411 W. Fourth St.<br>Santa Ana, CA 92701 | | |
| SHORT TITLE OF CASE:<br>JENKINS, JAMES Jr. | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>8:23-cv-01317-JWH-DFM |
|---|---|---|---|
| | **Declaration of Service** | | Ref. No. or File No:<br>FATHER JENKINS |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons - Orange County Sheriff's Department Laguna Niguel; Summons - Sharon Jimenez; Notice to Parties of Court-Directed ADR Program; Notice of Assignment to United States Judges; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Complaint; Certification and Notice of Interested Parties; Standing Order**

On: **Orange County Sheriff's Department Laguna Niguel**

I served the summons at:

**30111 Crown Valley Pkwy  Laguna Niguel, CA 92677**

On: **9/6/2023**            Date: **03:39 PM**

In the above mentioned action  by serving to and leaving with

**Madison Simmons  -  Crime Prevention Specialist**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Miguel Gonzalez**
  b. Address: **840 N. Birch St, Santa Ana, CA 92701**
  c. Telephone number: **714-953-9451**
  d. **The fee** for this service was: **98.03**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Migu[signature]

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Reshma Kamath SBN 333800<br>Reshma Kamath<br>700 El Camino Real Ste 120 PMB 1084<br>Menlo Park, CA 94025<br>ATTORNEY FOR   Plaintiff | (650) 257-0719 | |
| CENTRAL DISTRICT, SANTA ANA<br>411 W. Fourth St.<br>Santa Ana, CA 92701 | | |
| SHORT TITLE OF CASE:<br>JENKINS, JAMES Jr. | | |
| DATE:            TIME:            DEP./DIV. | | CASE NUMBER:<br>8:23-cv-01317-JWH-DFM |
| **Proof of Service by Mail** | | Ref. No. or File No:<br>FATHER JENKINS |

I am at least 18 years of age, not a party to this action, and I am a resident of or employed in the county where the mailing took place.

On **09/11/2023**  I served the following document(s):

***Summons - Orange County Sheriff's Department Laguna Niguel; Summons - Sharon Jimenez; Notice to Parties of Court-Directed ADR Program; Notice of Assignment to United States Judges; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Complaint; Certification and Notice of Interested Parties; Standing Order***

on the person or entity listed below in accordance with CCP§415.20(a), CCP§415.20(b) or CCP§415.95(a) by placing a true copy thereof in a sealed envelope with postage fully pre-paid for First Class mail with the United States Postal Service.

Mailed from: **Santa Ana**, California addressed as follows:

**Orange County Sheriff's Department Laguna Niguel**
**30111 Crown Valley Pkwy  Laguna Niguel, CA 92677**

Person completing service:

  a. Name: **Jackie Janney**
  b. Address: **840 N. Birch St, Santa Ana, CA 92701**
  c. Telephone number: **714-953-9451**
  d. **The fee** for this service was: **98.03**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.



Jackie Janney                                            Date: **09/14/2023**

Proof of Service by Mail                                            Invoice #: 8130168-02