# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JENKINS, JR., and JAMES JENKINS, III,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SHARON JIMENEZ, COLDWELL BANKER CORPORATION, doing business as Coldwell Banker Platinum Properties, ORANGE COUNTY SHERIFF'S DEPARTMENT LAGUNA NIGUEL, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 8:23-cv-01317-JWH-DFM<br><br>**ORDER DISMISSING DEFENDANT ORANGE COUNTY SHERIFF'S DEPARTMENT LAGUNA NIGUEL** |

Plaintiffs James Jenkins, Jr. and James Jenkins, III filed the instant case in July 2023.[1] They assert various constitutional and state law claims against Defendants Coldwell Banker Corporation, Sharon Jimenez (the alleged real estate agent), and the Orange County Sheriff's Department Laguna Niguel ("OCSD") in relation to an alleged terminated sale of James Jenkins, Jr.'s home.[2] Attorney Reshma Kamath is Plaintiffs' counsel of record.[3]

Plaintiffs twice moved for default judgment against OCSD.[4] The Clerk issued a Notice of Deficiencies with respect to each motion.[5] After examining the proof-of-service documents that Plaintiffs filed with respect to OCSD,[6] the Court was unconvinced that Plaintiffs had accomplished service of process upon that defendant. Accordingly, the Court issued an Order for Supplemental Briefing, through which it instructed Plaintiffs to explain why service was properly accomplished upon OCSD.[7] In that Order, the Court articulated its understanding of the rules for service of process upon a municipal governmental entity and noted:

> Here, Plaintiffs appear to have attempted service of process in person, "by serving to and leaving with Madison Simmons—Crime

---

[1] *See generally* Compl. [ECF No. 1].

[2] *Id.*

[3] *Id.*

[4] Pls.' First Mot. for Default J. against Def. OCSD (the "First Motion") [ECF No. 32]; Pls.' First Mot. for Default J. Against Def. OCSD (the "Second Motion") [ECF No. 34].

[5] Notice to Filer of Deficiencies re: First Motion [ECF No. 33]; Notice to Filer of Deficiencies re: Second Motion [ECF No. 37].

[6] Proof of Service under FRCP 5(b)(2)(D) [ECF No. 20]; Proof of Service under FRCP 5(b)(2)(D) [ECF No. 24].

[7] Order for Suppl. Briefing [ECF No. 39].

Prevention Specialist" and by U.S. Mail. Mail service upon a municipality is not allowed under either the Federal or State rules, and it is not apparent to the Court that Madison Simmons, Crime Prevention Specialist, is a "head of [OCSD's] governing body," as required for service of process.[8]

The Court instructed Plaintiffs to file no later than April 19, 2024, a responsive brief "explaining why service has been properly accomplished on OCSD."[9] In her Response, Ms. Kamath's specific verbiage—accusing the Court and Court staff of impropriety, including racism, without any basis or evidentiary support, and continuing to insist that service was properly effectuated upon OCSD despite the Court's clear notice to her of her errors and its instruction regarding how she might alleviate them to effectuate service properly—led the Court to issue an Order to Show Cause why Ms. Kamath should not be held in contempt.[10]

To date, Plaintiffs have failed to offer sufficient proof that OCSD has been properly served pursuant to the Order for Supplemental Briefing.

Therefore, the Court hereby **ORDERS** as follows:

1. Defendant OCSD is **DISMISSED**.
2. The pending matters—including the Order to Show Cause why Ms. Kamath should not be held in contempt; Defendant Jimenez's motion to set aside default; and the Scheduling Conference—remain on calendar, to be heard on August 30, 2024, at 9:00 a.m. in Courtroom 9D of the Ronald Reagan Federal Building and U.S. Courthouse, 411 W. 4th Street, Santa Ana, California.

---

[8]  *Id.* at 2 (footnotes omitted).

[9]  *Id.* at 2-3.

[10]  *See* Order to Show Cause Why the Court Should Not Hold Attorney Reshma Kamath in Contempt [ECF No. 50].

3. Ms. Kamath, as well as other lead counsel of record, are **DIRECTED** to appear in person at that hearing.

**IT IS SO ORDERED.**

Dated: July 29, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE