Brian I. Vogel, Esq. (State Bar No.: 130113)
VOGEL LAW, APC
572 E. Green Street, Suite 305
Pasadena, CA 91101
Telephone:626.796.7470
Email: vogellawfirm@gmail.com

Attorneys for Plaintiffs, JAMES JENKINS, III, JAMES JENKINS JR.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES JENKINS III, an individual; JAMES JENKINS JR., an individual;<br><br>Plaintiffs,<br><br>v.<br><br>COLDWELL BANKER, ET AL.<br><br>Defendants. | Case No. 8:23- cv001317-JWH-DFM<br><br>**DECLARATION OF BRIAN I. VOGEL IN SUPPORT OF REQUEST TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFFS** |

**DECLARATION OF BRIAN I. VOGEL**

I, Brian I. Vogel declare as follows:

1. I am an attorney at law in good standing to practice law before all of the Courts of the State of California and am duly admitted to practice before the United States District Court-Central District of California.

2. I have personal knowledge of the facts stated herein, and if called as a witness, I would and could competently testify thereto.

3. On or about June 20, 2024 I received a telephone call from attorney Reshma Kamath, Esq. of the Law Office of Reshma Kamath.

4. Ms. Kamath informed me that she needed an attorney to personally appear on her behalf at a Scheduling Conference in a case in the United States District Court the following morning June 21, 2024.

5. Ms. Kamath, whose office is located in Northern California informed me that she had a calendaring conflict which prevented her from being available to travel to Southern California to make the appearance personally herself.

5. Since my son Jonathan Vogel, also an attorney had performed various legal assignments for Ms. Kamath in the past, as a professional courtesy, I agreed to make the last minute appearance on Ms. Kamath's behalf.

6. In the past I have made special appearances on behalf of attorneys in State Court and my understanding is that I would be making a limited one time appearance on Ms. Kamath's behalf and would not become the attorney of record.

7. However, when I appeared in court on the morning of June 21, 2024, the court clerk advised me that a Notice of Appearance had not been filed by Ms. Kamath and in order to appear on Ms. Kamath's behalf, I would need to fill out the form.

8. Therefore, I followed the court clerk's instruction and completed and submitted the Notice of Appearance or Withdrawal of Counsel form ("G-123") where I listed Ms. Kamath as the attorney of record.

9. Following the hearing, I provided Ms. Kamath with the results of the hearing. Ms. Kamath was displeased with the results of the hearing and blamed me for the Court's actions in

setting a contempt hearing against Ms. Kamath.

10. I informed Ms. Kamath that the contempt hearing related to a filing that Ms. Kamath apparently had submitted wherein she accused the Court and the Court's staff of racial bias among other things and had nothing to do with my appearance on June 21, 2024.

11. In response, Ms. Kamath emailed me on June 21, 2024 wherein she accused me of misleading the judge and filing a "notice with my law firm name without my consent and knowledge. Despicable. I do not care whether those were the judicial officer's orders-you must call me before you use my STATE BAR NUMBER on any form. The pint is you created a White Boys Club in that court room with the judge and could not properly advocate when required." (see a true and correct copy of Ms. Kamath's June 24, 2024 email attached hereto as Exhibit "A.")

12. Without any context, it is rather difficult to know how to respond to Ms. Kamath's offensive, false and wild accusations against me.

13. Ms. Kamath informed that there was no need to file the G-123 form as in the past, Ms. Kamath had an attorney specially appear on her behalf a the Central District Court without the filing of a G-123 Notice form.

14. Ms. Kamath instructed me to withdraw as attorney of record from the case.

15. I informed Ms. Kamath that I would be filing a Notice of Withdrawal (form G-01 entitled Request for Approval of Substitution or Withdrawal of Counsel) on Monday June 24, 2024. (see a true and correct copy of my June 21, 2024 email to Ms. Kamath attached hereto as Exhibit "B.")

16. On June 24, 2024 I emailed Ms. Kamath form G-01 with a request that she obtain her clients' signatures on the form. (see a true and correct copy of my June 24, 2024 email to Ms. Kamath attached hereto as Exhibit "C.")

17. Ms. Kamath refused to cooperate with my request to withdraw and instead responded "Withdraw on your own - tell the court you filed a false document without consulting with the attorney of record, Reshma Kamath and the clients. If you don't then watch how this will unravel." (see a true and correct copy of Ms. Kamath's June 24, 2024 email attached hereto as Exhibit "D.")

18. In response I implored Ms. Kamath to stop threatening me and put her clients' interests first.

19. Ms. Kamath responded: "You filed inappropriately using my law firm name without speaking with me and filing an improper pleading with the court. Rectify it yourself. Client will not be signing anything from you. Plead the court to terminate you as an attorney of record and admit your misdoings." (see a true and correct copy of Ms. Kamath's June 24, 2024 email attached hereto as Exhibit "E.")

20. Based upon the sequence of events as set forth above, I am respectfully requesting that the Court grant my request to withdraw as counsel on this case since Ms. Kamath is the attorney of record. I agreed to make the one-time special appearance only as a courtesy to a fellow Northern California based attorney who was unable to personally appear at the June 21, 2024 hearing and did not contemplate any further involvement in the within case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of August, 2024 at Pasadena, California.

Brian I. Vogel

# EXHIBIT "A"

**BRIAN I. VOGEL**
Attorney at Law

VOGEL LAW, APC
572 E. Green Street, Suite 305
Pasadena, CA 91101
Office 626.796.7470
Fax 626.796.7474
vogellawfirm@gmail.com
www.vogellawoffices.com

CONFIDENTIALITY NOTICE: The information in this electronic mail is confidential and may be privileged. If you are not the intended recipient, you are hereby notified that any review, dissemination, disclosure, copying, or distribution of the information in these documents is strictly prohibited. If you have received this communication in error, please contact the sender by reply mail and destroy all copies of the original message. To reply to our e-mail administrator directly, send your message to vogellawfirm@gmail.com.

On Fri, Jun 21, 2024 at 5:32 PM Reshma Kamath <reshmakamath2021@gmail.com> wrote:

Brian:

I am pretty sure you not only misled the judge

Then, you also filed a notice with my law firm name without my consent and knowledge. Despicable. I do not care whether those were the judicial officer's orders - you must call me before you use my STATE BAR NUMBER on any form.

The point is you created a White Boys club in that court room with the judge and could not properly advocate when required.

This is on you -if I get sanctioned for any reason, I'll ensure you pay that.

Sincerely,

*Reshma Kamath*

# Law Office of Reshma Kamath

Counselor-at-Law | 2022 Elite Lawyer | Lawyers of Distinction

Address: Law Office of Reshma Kamath

700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025

Phone: 650 257 0719 | E-mail: reshmakamath2021@gmail.com |

LinkedIn: www.linkedin.com/in/globalcitizenwithjd/ |

Website: www.myinstalawyer.com |

RESHMA KAMATH

*Selected to Rising Stars: 2023*

Best Lawyers logo

2024

# EXHIBIT "B"

I will be filing a notice of withdrawal on Monday.

BRIAN I. VOGEL
Attorney at Law

572 E. Green Street, Suite 305
Pasadena, CA 91101
Office 626.796.4740
Fax 626.796.7474
vogellawfirm@gmail.com
www.vogellawoffices.com

CONFIDENTIALITY NOTICE: The information in this electronic mail is confidential and may be privileged. If you are not the intended recipient, you are hereby notified that any review, dissemination, disclosure, copying, or distribution of the information in these documents is strictly prohibited. If you have received this communication in error, please contact the sender by reply mail and destroy all copies of the original message. To reply to our e-mail administrator directly, send your message to vogellawfirm@gmail.com

On Sat, Jun 22, 2024 at 1:47 PM Reshma Kamath <reshmakamath2021@gmail.com> wrote:
Did you file a NOTICE OF WITHDRAWAL?

How dare you file something with my law firm and pretend to be the attorney of record - you could get sued from the client and me. I hope you have an insurance carrier.

No judicial order can force you to file a notice with my law firm name and state bar number - without talking to me and my consent.

I could even report you to the state bar.

Sincerely,

*Reshma Kamath*

# Law Office of Reshma Kamath

Counselor-at-Law | 2022 Elite Lawyer | Lawyers of Distinction

Address: Law Office of Reshma Kamath

700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025

Phone: 650 257 0719 | E-mail: reshmakamath2021@gmail.com |

LinkedIn: www.linkedin.com/in/globalcitizenwithjd/ |

Website: www.myinstalawyer.com |

Selected to Rising Stars: 2023

Best Lawyers logo

2024

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. Thank you for your cooperation. To ensure compliance with Internal Revenue Service Circular230, we inform you that any tax advice contained in this communication is not intended or written to be used, and cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

# EXHIBIT "C"



Gmail

Brian Vogel <vogellawfirm@gmail.com>

# Jenkins v. Jimenez

**Brian Vogel** <vogellawfirm@gmail.com> Mon, Jun 24, 2024 at 4:12 PM
To: Reshma Kamath <reshmakamath2021@gmail.com>

Reshma:

Please have your client(s) sign the attached withdrawal form which I have signed. You may then file with the court.

Brian
**BRIAN I. VOGEL**
Attorney at Law

VOGEL LAW, APC
572 E. Green Street, Suite 305
Pasadena, CA 91101
Office 626.796.7470
Fax 626.796.7474
vogellawfirm@gmail.com
www.vogellawoffices.com

CONFIDENTIALITY NOTICE: The information in this electronic mail is confidential and may be privileged. If you are not the intended recipient, you are hereby notified that any review, dissemination, disclosure, copying, or distribution of the information in these documents is strictly prohibited. If you have received this communication in error, please contact the sender by reply mail and destroy all copies of the original message. To reply to our e-mail administrator directly, send your message to vogellawfirm@gmail.com.

[Quoted text hidden]

---

**Jenkins Withdrawal of Counsel.pdf**
187K

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

James Jenkins, Jr.

PLAINTIFF(S)

v.

Sharon Jiminez, et al.

DEFENDANT(S)

CASE NUMBER: 8:23-cv-01317-JWH-DFM

**REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL**

## INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission **if** another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution **is** required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

## SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Brian Vogel CA Bar Number: 130113

Firm or agency: ______

Address: 572 E. Green Street, Suite 305, Pasadena, CA 91101

Telephone Number: (626) 796-7470

E-mail: vogellawfirm@gmail.com

Counsel of record for the following party or parties: ______

Reshma Kamath, Esq., Law Offices of Reshma Kamath

700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025

Other members of the same firm or agency also seeking to withdraw: ______

**SECTION II - NEW REPRESENTATION**

☒ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☐ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: ______________________ CA Bar Number: __________

Firm or agency: ______________________

Address: ______________________

Telephone Number: ______________________

E-mail: ______________________

**SECTION III - SIGNATURES**

***Withdrawing Attorney***

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: 6/24/2024 Signature: ______________________

Name: Brian Vogel

***New Attorney (if applicable)***

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: __________ Signature: ______________________

Name: ______________________

***Party Represented by Withdrawing Attorney***

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.

☐ representing myself *pro se* in this case.

Date: 6/24/2024 Signature: ______________________

Name: James Jenkins, Jr.

Title: Plaintiff

# EXHIBIT "D"

Gmail

Brian Vogel <vogellawfirm@gmail.com>

# Jenkins v. Jimenez

**Reshma Kamath** <reshmakamath2021@gmail.com>
To: Brian Vogel <vogellawfirm@gmail.com>

Mon, Jun 24, 2024 at 4:15 PM

Withdraw on your own - tell the court you filed a false document without consulting with the attorney of record, Reshma Kamath and the clients.

If you don't then watch how this will unravel.

Sincerely,

*Reshma Kamath*

**Law Office of Reshma Kamath**

Counselor-at-Law | 2022 Elite Lawyer | Lawyers of Distinction

Address: Law Office of Reshma Kamath

700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025

Phone: 650 257 0719 | E-mail: reshmakamath2021@gmail.com |

LinkedIn: www.linkedin.com/in/globalcitizenwithjd/ |

Website: www.myinstalawyer.com |

# EXHIBIT "E"

Gmail

Brian Vogel <vogellawfirm@gmail.com>

## Jenkins v. Jimenez

**Reshma Kamath** <reshmakamath2021@gmail.com> Mon, Jun 24, 2024 at 4:26 PM
To: Brian Vogel <vogellawfirm@gmail.com>

You filed inappropriately using my law firm name without speaking with me and filing an improper pleading with the court.

Rectify it yourself. Client will not be signing anything from you.

Plead the court to terminate you as an attorney of record and admit your misdoings.

Sincerely,

*Reshma Kamath*

**Law Office of Reshma Kamath**

Counselor-at-Law | 2022 Elite Lawyer | Lawyers of Distinction

Address: Law Office of Reshma Kamath

700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025

Phone: 650 257 0719 | E-mail: reshmakamath2021@gmail.com |

LinkedIn: www.linkedin.com/in/globalcitizenwithjd/ |

Website: www.myinstalawyer.com |

CERTIFICATE OF SERVICE

I, the undersigned, declare that I am employed with Vogel Law, APC whose address is 572 E. Green Street, Suite 305, Pasadena, CA 91101. I am over the age of eighteen (19) years and am not a party to this action.

On August 14, 2024, I served the attached DECLARATION OF BRIAN I.VOGEL in this action by emailing a true and correct copy to Defendant's counsel of record whose address and email address are as follows:

Daniel Miles Agrella, Esq.
303 Broadway Avenue, No. 104-148
Laguna Beach, CA 92651
Dma@buslitlaw.com

Eric R. Grinder, Esq.
Grinder Law Group
1365 Orinda Place
Escondido, CA 92029
Eginder@ginderlaw.com

Reshma Kamath, Esq.
Law Office of Reshma Kamath
700 El Camino Real Suite 120 No 1084
Menlo Park, CA 94025
reshmakamath2021@gmail.com

☒ **BY E-MAIL:** I caused a copy of the documents to be sent from e-mail address vogellawfirm@gmail.com to the persons at the email addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **BY ELECTRONIC TRANSMISSION ONLY**: ONLY BY ELECTRONIC TRANSMISSION. Only by e-mailing the document to the persons at the e-mail addresses listed based on notice provided, that during the Coronavirus (Covid-19) pandemic, this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 14, 2024 at Pasadena, California.

Brian I. Vogel