# EXHIBIT A

**ATTORNEY-CLIENT PRIVILEGED COMMUNICATIONS WHITED OUT.**



1:44

← (714) 418-7106

Hello, I received a call from
this number. Who is this?

Nov 20, 2023

 Sharon

Nov 20, 2023

Sharon what is this referring
to, could you please tell me
what this is about?

Nov 20, 2023

Hello Sharon Jimenez,
Plaintiffs have entered default
against you. This is an ethical
and legal notice/warning from
the Plaintiffs' counsel to you
prior to any default judgment.

Dec 15, 2023

Type a message

# EXHIBIT B



**Reshma Kamath <reshmakamath2021@gmail.com>**

---

# Order Accepted for Post Acute Care Partners, Inc. vs. Jenkins, Case # 30-2023-01350203-CL-BC-CJC

2 messages

---

**donotreply@janneyandjanney.mail.legalconnect.com**
<donotreply@janneyandjanney.mail.legalconnect.com>
To: reshmakamath2021@gmail.com

Sat, Nov 4, 2023 at 11:28 AM

### Court eFiling Order Delivered

Your conformed copy(s) and confirmation for your eFile order is ready for viewing. Please click on the link(s) below to view, download or print your eFiled documents completed on **Sat, Nov 4, 2023** .

### Notice of Confirmation of Filing (court returned document)

https://d106vg71wiygj.cloudfront.net/eFileAPIFiling/OC/8421910_2023_10_06_20_51_07_075_3/Notice%20of%20Confirmation%20of%20Filing_2_async.pdf

---

### Payment Receipt (court returned document)

https://d106vg71wiygj.cloudfront.net/eFileAPIFiling/OC/8421910_2023_10_06_20_51_07_075_3/Payment%20Receipt_1_async.pdf

---

### Answer to Complaint (court returned document)

https://d106vg71wiygj.cloudfront.net/eFileAPIFiling/OC/8421910_2023_10_06_20_51_07_075_3/Answer%20to%20Complaint_0_async.pdf

---

Filing Status: **Accepted**

At: **Central Justice Center**

Should you have any questions, please contact Customer Support at (800) 675-2663, email customerservice@janneyandjanney.com or you can log in and manage your cases and orders at Janney & Janney Customer Portal

Thank you for using Janney & Janney Legal Support Services.

Order(s): **8363263**

Billing Code: **JENKINS**

This automated message is being sent by Janney & Janney, Inc. It is intended exclusively for the individuals and/or entities to which it is addressed. This communication including any links or attachments, may contain information that is proprietary, confidential, privileged or otherwise exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate any part of this message, or any part of any links or attachments thereto. If you have received this message in error, please notify the sender immediately by email and delete all copies of the message and attachments from your records.

© 2023 Janney & Janney Legal Support Services
1000 Corporate Center Drive, Suite 110. Monterey Park, CA 91754

---

**Reshma Kamath** <reshmakamath2021@gmail.com>
To: James Jenkins <codybeartv@jenkinsenterprises.info>, James Jenkins <jljenkinsllc@icloud.com>

Sat, Nov 4, 2023 at 11:30 AM

Answer accepted.

Sincerely,

Reshma Kamath, Counselor-at-Law
Law Office of Reshma Kamath

Contact Information:
Law Office of Reshma Kamath
700 El Camino Real, Suite #120-1084, Menlo Park, CA 94025 | 650 257 0719 | reshmakamath2021@gmail.com  |
www.myinstalawyer.com |
www.linkedin.com/in/globalcitizenwithjd/

Rising Stars 2023
Elite Lawyers 2022 2023
Lawyers of Distinction 2023
Best Lawyers 2024

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. Thank you for your cooperation. To ensure compliance with Internal Revenue Service Circular 230, we inform you that any tax advice contained in this communication is not intended or written to be used, and cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

[Quoted text hidden]

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: 151023 | FOR COURT USE ONLY |
|---|---|---|

NAME: Colleen M. Auer
FIRM NAME: Auer Ryan PC
STREET ADDRESS: 20987 N. John Wayne Parkway, #B104-374
CITY: Maricopa    STATE: AZ    ZIP CODE: 85139
TELEPHONE NO.: 520-705-7332    FAX NO.: 602-560-0256
E-MAIL ADDRESS: cauer@auer-ryan.com
ATTORNEY FOR (name): Plaintiff

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

PLAINTIFF/PETITIONER: Post Acute Care Partners, Inc. dba Care Partners at Home
DEFENDANT/RESPONDENT: James Jenkins

| REQUEST FOR DISMISSAL | CASE NUMBER: 30-2023-01350203-CL-BC-CJC |
|---|---|

**A conformed copy will not be returned by the clerk unless a method of return is provided with the document.**

**This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)**

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) ☐ With prejudice    (2) ☒ Without prejudice
   b. (1) ☒ Complaint    (2) ☐ Petition
   (3) ☐ Cross-complaint filed by (name):    on (date):
   (4) ☐ Cross-complaint filed by (name):    on (date):
   (5) ☒ Entire action of all parties and all causes of action
   (6) ☐ Other (specify):*

2. *(Complete in all cases except family law cases.)*
   The court ☐ did    ☒ did not    waive court fees and costs for a party in this case. *(This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).*

Date: November 13, 2023

Colleen M. Auer
_____
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

*If dismissal requested is of specified parties only or specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed

▶ _____
(SIGNATURE)
Attorney or party without attorney for:
☒ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross-Complainant

3. **TO THE CLERK:** Consent to the above dismissal is hereby given.**
Date: _____

_____
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

** If a cross-complaint - or Response (Family Law) seeking affirmative relief - is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

▶ _____
(SIGNATURE)
Attorney or party without attorney for:
☐ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross-Complainant

4. ☐ Dismissal entered as requested on (date):
5. ☐ Dismissal entered on (date):    as to only (name):
6. ☐ Dismissal **not entered** as requested for the following reasons (specify):

7. a. ☐ Attorney or party without attorney notified on (date):
   b. ☐ Attorney or party without attorney not notified. Filing party failed to provide
      ☐ a copy to be conformed    ☐ means to return conformed copy

Date: _____    Clerk, by _____, Deputy

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. January 1, 2013]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.;
Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390
www.courts.ca.gov

**CIV-110**

| | |
|---|---|
| PLAINTIFF/PETITIONER: Post Acute Care Partners, Inc. dba Care Partners at Home<br>DEFENDANT/RESPONDENT: James Jenkins | CASE NUMBER:<br>30-2023-01350203-CL-BC-CJC |

---

**COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS**

If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

---

## Declaration Concerning Waived Court Fees

1. The court waived court fees and costs in this action for *(name):*

2. The person named in item 1 is *(check one below):*

   a. ☐ not recovering anything of value by this action.

   b. ☐ recovering less than $10,000 in value by this action.

   c. ☐ recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*

3. All court fees and court costs that were waived in this action have been paid to the court *(check one):*  ☐ Yes   ☐ No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: _____

_____              ▶ _____
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)                                    (SIGNATURE)

---

# EXHIBIT C

 Gmail

**Reshma Kamath <reshmakamath2021@gmail.com>**

## JENKINS v. JIMINEZ; CB BANKER / Fed. Case # 8:23-cv-01317-JWH-DFM / Our file: CSP-2023-0094 / WAIVER OF SERVICE

15 messages

**DANIEL AGRELLA** <DMA@buslitlaw.com>                     Sun, Dec 17, 2023 at 6:45 PM
To: Reshma Kamath <reshmakamath2021@gmail.com>
Cc: Eric Ginder <eginder@ginderlaw.com>

Reshma –

I have just returned from out of down.

Thank you for sending Waiver of Service Form.

Please note, we are currently representing both Susan Jimenez and RE Advisors dba CB Platinum.  We are waiving service on behalf of both, as there is a possibility that Susan Jimenez was the agent-employee of RE Advisors CB Platinum.

Would you please file at your earliest convenience.

Looking forward to discuss any issues.

Thank you.

Dan Agrella


BUSINESS LITIGATION LAWYERS

Business — Real Estate — Insurance

Email: **dma@buslitlaw.com**

Mobile: (949) 929-2862

**From:** Reshma Kamath <reshmakamath2021@gmail.com>
**Sent:** Friday, December 15, 2023 1:21 PM
**To:** DANIEL AGRELLA <DMA@buslitlaw.com>
**Subject:** Re: JENKINS, JAMES Jr., Case # 8:23-cv-01317-JWH-DFM

Please see attached WAIVER OF SERVICE FORM for Defendant
Coldwell. I can file if you execute and return today.

Sincerely,

*Reshma Kamath*

# Law Office of Reshma Kamath

Counselor-at-Law | 2022 Elite Lawyer | Lawyers of Distinction

Address:   Law Office of Reshma Kamath

700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025

Phone:    650 257 0719 |  E-mail:    reshmakamath2021@gmail.com  |

LinkedIn: www.linkedin.com/in/globalcitizenwithjd/  |

Website:   www.myinstalawyer.com  |

  

 *Selected to Rising Stars: 2023*

 Best Lawyers logo 2024

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. Thank you for your cooperation. To ensure compliance with Internal Revenue Service Circular 230, we inform you that any tax advice contained in this communication is not intended or written to be used, and cannot be

used for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

On Fri, Dec 15, 2023 at 11:31 AM Reshma Kamath <reshmakamath2021@gmail.com> wrote:

> Thank you for taking my call. I'll send the waiver of service form pursuant to FRCP 4(d) only as to Defendant Coldwell Banker.
>
>
> Sincerely,
>
> Reshma Kamath, Counselor-at-Law
> Law Office of Reshma Kamath
>
> Contact Information:
> Law Office of Reshma Kamath
> 700 El Camino Real, Suite #120-1084, Menlo Park, CA 94025 | 650 257 0719 | reshmakamath2021@gmail.com |
> www.myinstalawyer.com |
> www.linkedin.com/in/globalcitizenwithjd/
>
> Rising Stars 2023
> Elite Lawyers 2022 2023
> Lawyers of Distinction 2023
> Best Lawyers 2024
>
> CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. Thank you for your cooperation. To ensure compliance with Internal Revenue Service Circular 230, we inform you that any tax advice contained in this communication is not intended or written to be used, and cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.
>
>
>
> On Fri, Dec 15, 2023, 11:27 DANIEL AGRELLA <DMA@buslitlaw.com> wrote:
>
>> Per our phone call, we will accept the service.
>>
>>
>> Please send the waiver.
>>
>>
>> Thank you
>>
>>
>> Dan
>>
>>
>>> On Dec 15, 2023, at 2:21 PM, DANIEL AGRELLA <DMA@buslitlaw.com> wrote:
>>>
>>>
>>> Hello Ms. Kamath

I thought that service had not been made and that you were sending an Acknowledgement of receipt.

I will contact you, but if service has been made, we will respond to the complaint next week.

I will call you now to discuss.

That you.

Dan Agrella

> On Dec 15, 2023, at 1:40 PM, Reshma Kamath <reshmakamath2021@gmail.com> wrote:
>
> Please inform about Defendant Coldwell.
>
> Plaintiffs are planning to enter default against you. This is an ethical and legal notice/warning from the Plaintiffs' counsel to you prior to any default judgment.
>
> Sincerely,
>
> Reshma Kamath, Counselor-at-Law
> Law Office of Reshma Kamath
>
> Contact Information:
> Law Office of Reshma Kamath
> 700 El Camino Real, Suite #120-1084, Menlo Park, CA 94025 | 650 257 0719 |
> reshmakamath2021@gmail.com |
> www.myinstalawyer.com |
> www.linkedin.com/in/globalcitizenwithjd/
>
> Rising Stars 2023
> Elite Lawyers 2022 2023
> Lawyers of Distinction 2023
> Best Lawyers 2024
>
> CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. Thank you for your cooperation. To ensure compliance with Internal Revenue Service Circular 230, we inform you that any tax advice contained in this communication is not intended or written to be used, and cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

On Mon, Dec 4, 2023, 17:12 Reshma Kamath <reshmakamath2021@gmail.com> wrote:

> Hello Coldwell attorneys,
>
>
> Please inform if you waive service on your clients. I can send a waiver form.
>
> Sincerely,
>
> Reshma Kamath, Counselor-at-Law
> Law Office of Reshma Kamath
>
> Contact Information:
> Law Office of Reshma Kamath
> 700 El Camino Real, Suite #120-1084, Menlo Park, CA 94025 | 650 257 0719 |
> reshmakamath2021@gmail.com  |
> www.myinstalawyer.com |
> www.linkedin.com/in/globalcitizenwithjd/
>
> Rising Stars 2023
> Elite Lawyers 2022 2023
> Lawyers of Distinction 2023
> Best Lawyers 2024
>
> CONFIDENTIALITY NOTICE: This communication with its contents may contain
> confidential and/or legally privileged information. It is solely for the use of the intended
> recipient(s). Unauthorized interception, review, use or disclosure is prohibited and
> may violate applicable laws including the Electronic Communications Privacy Act. If
> you are not the intended recipient, please contact the sender and destroy all copies of
> the communication. Thank you for your cooperation. To ensure compliance with
> Internal Revenue Service Circular 230, we inform you that any tax advice contained in
> this communication is not intended or written to be used, and cannot be used for the
> purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting,
> marketing or recommending to another party any tax-related matter(s) addressed
> herein.

---

**DANIEL AGRELLA** <DMA@buslitlaw.com>                                      Sun, Dec 17, 2023 at 6:46 PM
To: Reshma Kamath <reshmakamath2021@gmail.com>
Cc: Eric Ginder <eginder@ginderlaw.com>

Attachments mistakenly omitted.


Attachments included herewith.


Thank you.


Dan Agrella


BUSINESS LITIGATION LAWYERS, APC

[Quoted text hidden]

---

8/17/24, 10:03AM  Gmail - JENKINS v. JIMENEZ/CB BANKER Trial Case# 8:23-cv-01817-JWH-DFM / Our age-15-2023.2294 / Page 1 OF SER...

Case 8:23-cv-01817-JWH-DFM  Document 64  Filed 08/17/24  Page 15 of 22  Page ID #:317

**2 attachments**

📄 **AO_399 JENKINS (002) - CB BANKER PLATINUM.pdf**
384K

📄 **AO_399 JENKINS- SUSAN JIMENEZ.pdf**
340K

---

**Reshma Kamath** <reshmakamath2021@gmail.com>                    Sun, Dec 17, 2023 at 8:09 PM
To: DANIEL AGRELLA <DMA@buslitlaw.com>
Cc: Eric Ginder <eginder@ginderlaw.com>
Bcc: James Jenkins <codybeartv@jenkinsenterprises.info>

Thank you. Sharon Jimenez was personally served and default was entered against her individually.
Are you now representing Ms. Jimenez as Defendant in her capacity as agent of Coldwell?


Sincerely,


*Reshma Kamath*


# Law Office of Reshma Kamath

Counselor-at-Law | 2022 Elite Lawyer | Lawyers of Distinction

Address:  Law Office of Reshma Kamath

700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025

Phone:     650 257 0719 |  E-mail:    reshmakamath2021@gmail.com  |

LinkedIn:  www.linkedin.com/in/globalcitizenwithjd/ |

Website:   www.myinstalawyer.com |


    

 *Selected to Rising Stars: 2023*


🖼 Best Lawyers logo

2024

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. Thank you for your cooperation. To ensure compliance with Internal Revenue Service Circular 230, we inform you that any tax advice contained in this communication is not intended or written to be used, and cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

[Quoted text hidden]

---

**DANIEL AGRELLA** <DMA@buslitlaw.com>                      Thu, Jan 4, 2024 at 11:40 AM
To: Reshma Kamath <reshmakamath2021@gmail.com>
Cc: Eric Ginder <eginder@ginderlaw.com>

Reshma –

Just confirming that CB Banker's response is due on **February 13, 2024.**

During our conversation, my notes indicate that you said 21 days after the date the Waiver of Service was signed, however, the terms of the Waiver indicates 60 days.

I wanted to make that clear.

Also, you advised that Sharon Jimenez was served.   Would you please provide me with the signed proofs of service and related documents from the process server as soon as possible?

[Quoted text hidden]

---

**2 attachments**

 **AO_399 JENKINS- SUSAN JIMENEZ.pdf**
340K

 **AO_399 JENKINS (002) - CB BANKER PLATINUM.pdf**
384K

---

**Reshma Kamath** <reshmakamath2021@gmail.com>                      Fri, Jan 5, 2024 at 6:30 AM
To: DANIEL AGRELLA <DMA@buslitlaw.com>
Cc: Eric Ginder <eginder@ginderlaw.com>
Bcc: James Jenkins <codybeartv@jenkinsenterprises.info>

Hello Mr. Agrella:

I conform to what date the court docket has stated. Please refer to it.

In terms of Defendant Jimenez, her proof of personal service via registered process-server is on the court docket. Please get that from there. There is a default entered against her and I provided her notice and warning.

I am happy to file your waiver of service if you're now her attorney of record. Please inform.

Sincerely,

*Reshma Kamath*

# Law Office of Reshma Kamath

Counselor-at-Law | 2022 Elite Lawyer | Lawyers of Distinction

Address:  Law Office of Reshma Kamath

700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025

Phone:    650 257 0719 | E-mail:    reshmakamath2021@gmail.com  |

LinkedIn: www.linkedin.com/in/globalcitizenwithjd/ |

Website:  www.myinstalawyer.com |

      

 Selected to Rising Stars: 2023

Best Lawyers logo

2024

__CONFIDENTIALITY NOTICE:__ This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. Thank you for your cooperation. To ensure compliance with Internal Revenue Service Circular 230, we inform you that any tax advice contained in this communication is not intended or written to be used, and cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

[Quoted text hidden]

---

**James Jenkins** <codybeartv@jenkinsenterprises.info>                          Tue, Feb 6, 2024 at 2:37 PM
To: Reshma Kamath <reshmakamath2021@gmail.com>

Please confirm date, time, Department and case no; as I need this information to postpone a family court issue that is scheduled 02/13/2024; Dept L72 @ 9:44am

Thank you, Reshma
[Quoted text hidden]

---

**Reshma Kamath** <reshmakamath2021@gmail.com>                          Tue, Feb 6, 2024 at 2:39 PM
To: James Jenkins <codybeartv@jenkinsenterprises.info>

8/17/24, 10:35 AM    Case 8:23-cv-01817-WLH-DFM BADKOR, Inc. Case # 8:23-cv-01817-WLH / Orange Co. 30-2023-01294799-... OF SER...

Case 8:23-cv-01817-WLH-DFM   Document 64   Filed 08/17/24   Page 18 of 22   Page ID #:320

Until they file a Motion, there is nothing then. You can carry on with your other matters.

[Quoted text hidden]
[Quoted text hidden]

---

**James Jenkins** <codybeartv@jenkinsenterprises.info>        Tue, Feb 6, 2024 at 2:46 PM
To: Reshma Kamath <reshmakamath2021@gmail.com>

    **• How long do they have?**

    **• Did my wife's attorney or firm communicate or speak with you re: the SHARON case?**

    **• What is the status of our retainer agreement?**

    **• We formally request the link; financial company and/ or processing to proceed with getting the loan based on the status and likely hood of a successful victory. So, please send Abby and all information regarding how to obtain out the company to proceed to loan.** Thank you

    [Quoted text hidden]

---

**James Jenkins** <codybeartv@jenkinsenterprises.info>        Wed, Feb 7, 2024 at 5:10 AM
To: Reshma Kamath <reshmakamath2021@gmail.com>

    We noticed your response time delayed, so we request a formal communication res: The four (4) questions asked yesterday.

    We, again, requesting processing a legal loan on the SHARON case God Speed.

    We can engage in another recorded phone call, if you like again, as we are losing patience

    [Quoted text hidden]

---

**Reshma Kamath** <reshmakamath2021@gmail.com>        Wed, Feb 7, 2024 at 8:52 AM
To: James Jenkins <codybeartv@jenkinsenterprises.info>

Mr. Jenkins,

Please see answers to your questions below:

I had replied to your e-mail immediately yesterday at 14:39 P.M. PT. Attached screenshot.

Your spouse has not called me. In fact, nobody has called recently about any of your cases.

If you review the communications between opposing counsel and I, the deadline for the other side, Coldwell, to answer your complaint is February 13, 2024. The docket says February 02, 2024. Since they generally appeared and waived service, best to let them answer per code.

The retainer will be replenished end of this month after a year's work. I had notified you to start saving about three months ago. An invoice will be sent to you in March 2024.

I don't think I have ever heard from you about a legal loan and link. Please elaborate.

Thank you.

[Quoted text hidden]
[Quoted text hidden]

---

8/17/24, 1:40 PM Case 8:23-cv-01817-WLH-DFM BANKRUMAIL Liocuse# 8:23-cud-018107W/DFM / OnTrage-S1-92-013394 / PAGE ID OF SER…
Case 8:23-cv-01817-WLH-DFM Document 64 Filed 08/17/24 Page 19 of 22 Page ID
#:321



**Screenshot_20240207-084126.png**
239K

---

**DANIEL AGRELLA** <DMA@buslitlaw.com>                    Mon, Mar 4, 2024 at 2:13 PM
To: Reshma Kamath <reshmakamath2021@gmail.com>
Cc: CLAIMSHIELD-PRO <cspro@claimshield-pro.com>

Hello Reshma

I am writing to provide a status update.   My client's response is on the way, but over-due.

My wife was going through pregnancy precautions and then had a baby.  At the same time, I came down with COVID.  I am just back to the office and attending to matters.

I am getting an answer on file for Coldwell Banker if default has not been taken.

I would like to get an answer on file for Sharon Jiminez if you will stipulate to set aside.

Please advise what your position is so I know how to address the situation.

Thank you in advance for your professional courtesy and cooperation.

Regards,

Dan Agrella

BUSINESS LITIGATION LAWYERS, APC

Business — Real Estate — Insurance

Email: **dma@buslitlaw.com**

8/17/24, 1:25 PM                    Gmail - JENKINS - WINFIELD - CB BANK - Civil Case # 8:23-cv-01817-WDZM / Orange SR 2023-094 / PAGER OF SER…

Case 8:23-cv-01817-JWH-DFM    Document 64    Filed 08/17/24    Page 20 of 22    Page ID
                                                    #:322

Mobile: (949) 929-2862

[Quoted text hidden]

---

**Reshma Kamath** <reshmakamath2021@gmail.com>                    Mon, Mar 4, 2024 at 2:15 PM
To: James Jenkins <codybeartv@jenkinsenterprises.info>

The court will agree to this. I won't set aside Jimenez's. But let him file answer to coldwell.

[Quoted text hidden]
[Quoted text hidden]

---

**Reshma Kamath** <reshmakamath2021@gmail.com>                    Mon, Mar 4, 2024 at 6:13 PM
To: DANIEL AGRELLA <DMA@buslitlaw.com>
Cc: CLAIMSHIELD-PRO <cspro@claimshield-pro.com>
Bcc: James Jenkins <codybeartv@jenkinsenterprises.info>, James Jenkins <jljenkinsllc@gmail.com>

Hello Mr. Agrella:

Sounds quiter terrible. I hope your spouse and child are in good health.

In terms of Jimenez's default, client does not consent to set that aside and plus, it was prior to your retaining in this case.

For Coldwell, I can offer you until noon tomorrow to file an Answer.

This will be your ethical and legal warning prior to entering default - which I was aware of your non-responsiveness. The same warning I had provided Defendant Jimenez.

Thank you.

[Quoted text hidden]
[Quoted text hidden]

---

**Eric Ginder** <eginder@ginderlaw.com>                    Thu, Jun 20, 2024 at 9:56 AM
To: DANIEL AGRELLA <DMA@buslitlaw.com>, Reshma Kamath <reshmakamath2021@gmail.com>
Cc: CLAIMSHIELD-PRO <cspro@claimshield-pro.com>


Ms. Kamath,


Can you give me a call regarding tomorrow's hearing in this matter?


Eric Ginder


[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

8/17/24, 1:56 PM    Gmail - LINKIN3 WHINEZM B BADGER mail Case# 8:2?-bed-018/01//24 FM / OR age:S?1-2013.0294 / WAGI RD F SER…

Case 8:23-cv-01817-WLH-DFM    Document 64    Filed 08/17/24    Page 21 of 22    Page ID #:323

*Selected to Rising Stars: 2023*

2024

[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

*Selected to Rising Stars: 2023*

2024

[Quoted text hidden]

[Quoted text hidden]

**DANIEL AGRELLA** <DMA@buslitlaw.com>        Mon, Jul 8, 2024 at 2:46 PM
To: Reshma Kamath <reshmakamath2021@gmail.com>
Cc: Eric Ginder <eginder@ginderlaw.com>

Dear Ms. Kamath –

I have received information that the Plaintiff, James Jenkins, Jr. is deceased and that James Jenkins, III, is currently incarcerated or is no longer reachable.  At the recent Case Management Conference, the attorney specially appearing for your office made a statement to the Court that the Plaintiffs were requesting "a pause" in the litigation.  I am writing to verify the status of your clients and whether or not a "pause" is being requested or whether the prosecution of this action is going to continue, whether the case will be dismissed or whether further prosecution is intended.

We are currently in the process of propounding discovery and setting the depositions of the Plaintiffs in mid August, 2024.  If your clients are available be provide dates which are convenient with your calendar.  The depositions will be set in Orange County California.

As you know, an OSC is scheduled for August 16, 2024, at 9:00 a.m.  Your personal appearance is ordered by the Court.

Please advise as soon as possible so that we may know how to proceed.

Thank you.

Dan Agrella

BUSINESS LITIGATION LAWYERS, APC

Business – Real Estate – Insurance

Email: **dma@buslitlaw.com**

Mobile: (949) 929-2862

---

**From:** Reshma Kamath <reshmakamath2021@gmail.com>
**Sent:** Friday, January 5, 2024 6:30 AM
**To:** DANIEL AGRELLA <DMA@buslitlaw.com>

[Quoted text hidden]

[Quoted text hidden]