UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:23-cv-01317-JWH(DFMx) | Date | August 30, 2024 |
| Title | *James Jenkins Jr. et al. v. Sharon Jiminez et al.* | | |

| | |
|---|---|
| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
| Clarissa Lara | Sharon Seffens |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Brian Vogel | Eric R. Grinder |

**Proceedings:** **SCHEDULING CONFERENCE; HEARING RE: DEFENDANT'S MOTION TO VACATE DEFAULT [52]; ORDER TO SHOW CASE RE CONTEMPT [50]; AND ATTORNEY VOGEL'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS [60]**

Counsel state their appearances. The Court confers with counsel. For the reasons stated in open court, it is hereby **ORDERED** as follows:

1. Defendant Jimenez's Motion to Vacate Default [ECF No. 52] is **GRANTED**.

2. The deadline for Defendant Jiminez to file a response to the Complaint is **EXTENDED** to October 25, 2024.

3. With respect to the Court's Order to Show Case Re Contempt [ECF No. 50], Attorney Reshma Kamath having failed to appear as ordered and having failed to show cause why the Court should not hold her in contempt, Attorney Kamath is found **IN CONTEMPT OF COURT**. As a sanction, pursuant to the Court's inherent powers, Attorney Kamath is **REMOVED** as counsel of record for Plaintiffs in this case.

Time:   00:31
Initials of Preparer: cla

  4. The motion of Attorney Brian Vogel to withdraw as counsel of record for Plaintiffs [ECF No. 60] is **provisionally GRANTED**.

  5. Plaintiffs, and each of them, are **DIRECTED** to engage new counsel and to cause such new counsel to file a Notice of Appearance no later than September 27, 2024. Alternatively, each Plaintiff may file no later than September 27, 2024, a Notice of Intent to Proceed *Pro Se*.

  6. If Plaintiffs fail to comply with Paragraph 5 above, then the Court will **DISMISS** this case for lack of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

  7. Attorney Vogel is **DIRECTED** forthwith to provide notice to Plaintiffs of the substance of this Order and to file promptly thereafter a declaration that details the efforts that he undertook to provide such notice. Upon the Court's receipt of an adequate declaration, the Court will issue an Order granting the pending Motion [ECF No. 60] and discharging Attorney Vogel as counsel of record for Plaintiffs.

  8. The Scheduling Conference is **CONTINUED** to Friday, October 25, 2024, at 11:00 a.m.

  **IT IS SO ORDERED.**

Time: <u> 00:31</u>
Initials of Preparer: cla