

*Via ECF electronic delivery* only

**SEPTEMBER 03, 2024**

**RESHMA KAMATH, CAL. BAR NO. 333800,**
**COUNSEL, PLAINTIFFS JAMES JENKINS, JR. AND JAMES JENKINS, III**
**LAW OFFICE OF RESHMA KAMATH**
700 El Camino Real Suite 120, #1084,
Menlo Park, CA 94025 Phone: 650 257 0719 |
E-mail: reshmakamath2021@gmail.com |

### *RE: RACIST HOLCOMB'S WHITE MISOGYNY.*

*Holcomb:*

*Your racism, as is that of your trashy counter-parts, knows no bounds.*

*It is NOT an abuse of discretion. I'm not your average White attorney that couches American White Racism in clean politically-correct terms of 'abuse of discretion.'*

*This is a serious case of RACISM from HOLCOMB.*

*You American Whites have normalized RACISM. You think it is normal to behave as RACISTS do. Maybe because your forefathers and ancestors were even more monstrous than you. Now, you think you're better than them – a little less racist.*

*It is NOT okay with me.*

*One, RACIST HOLCOMB has (as I had predicted) provided NO REPERCUSSIONS against any WHITE ATTORNEY or MALE ATTORNEY in this case. VOGEL and GARNER freely walk away upright thinking they did no wrong.*

*EVERYONE KNOWS THE WHITE MALES DID WRONG –*

  *i. GARNER DELAYING THE MOTION, AND,*

  *ii. VOGEL FALSIFYING DOCUMENTS WITHOUT PERMISSION FROM CLIENTS/ATTORNEY.*

  <span style="color:red">***RACIST HOLCOMB has given VOGEL (HOLCOMB'S FELLOW-WHITE ATTORNEY) a GUILT-FREE PASS***</span>*. RACIST HOLCOMB even directing VOGEL, a specially-appearing attorney whom NEITHER THE CLIENT NOR LEAD COUNSEL RESHMA KAMATH, retained to be attorney-of-record. RACIST HOLCOMB MADE VOGEL AS PART OF THE RECORD – GIVING WHITE MALES EVEN MORE POWER IN AMERICA.*

  *RACIST HOLCOMB made a WHITE ATTORNEY, VOGEL, the attorney-of-record AGAINST THE WILL OF THE AFRICAN-AMERICAN MALE CLIENTS, and AGAINST THE WILL OF LEAD COUNSEL RESHMA KAMATH.*

  *Now RACIST HOLCOMB goes onto make his WHITE KNIGHT IN SHINING ARMOR, VOGEL, as some kind of ANGEL-ATTORNEY.*

  *Such RACIST WHITE MEN IN AMERICA such as HOLCOMB and VOGEL are the root cause of the problems NON-WHITE people are facing in AMERICA.*

  *LEAD COUNSEL RESHMA KAMATH will continue to remain the attorney-of-record.*

  *LEAD COUNSEL RESHMA KAMATH will file a PEREMPTORY motion for cause against RACIST HOLCOMB.*

*Both JAMES JENKINS, JR. and JAMES JENKINS III WANT RESHMA KAMATH to be the LEAD COUNSEL OF RECORD.*

*RACIST HOLCOMB, and other WHITE ATTORNEYS/JUDGES are used to their WHITE ASSES GETTING LICKED BY NON-WHITES – i.e., non-white staff, non-white judges, and non-white attorneys, <u>BUT NOT ME</u>.*

*RACIST HOLCOMB <u>CANNOT</u> GET IN THE WAY OF JAMES JENKINS, JR.'s and JAMES JENKINS III's SUBSTANTIVE MERITORIOUS LITIGATION WITH HOLCOMB'S EVER-GROWING RACIST AND MISOGYNISTIC ATTITUDE TOWARDS RESHMA KAMATH, ONLY LEAD COUNSEL in this case.*

*Since this, LEAD COUNSEL, RESHMA KAMATH, was retained by TWO MORE AFRICAN-AMERICAN MALE CLIENTS. I will continue to work towards EQUANIMOUS AND EQUITABLE JUSTICE IN AMERICA. Even Apartheid South Africa had judges and law-enforcement with racist actions promulgated as laws.*

*You Whites in America harassed your own women in the past – now you're harassing NON-White women such as RESHMA KAMATH, lead counsel – who're driven, hard-working and intelligent.*



*I declare under the penalty of perjury that the foregoing statements are true and correct under the laws of the United States of America and the State of California.*

Sincerely,

*Reshma Kamath*

***RESHMA KAMATH,***

***Lead Counsel for Plaintiffs JAMES JENKINS JR. and JAMES JENKINS III.***