

*Via ECF electronic delivery* only

**SEPTEMBER 05, 2024**

**RESHMA KAMATH, CAL. BAR NO. 333800,**
**COUNSEL, PLAINTIFFS JAMES JENKINS, JR. AND JAMES JENKINS, III**
**LAW OFFICE OF RESHMA KAMATH**
700 El Camino Real Suite 120, #1084,
Menlo Park, CA 94025 Phone: 650 257 0719 |
E-mail: reshmakamath2021@gmail.com |

**RE: RACIST HOLCOMB'S DELUSION IN HIS RACIST ORDER IN NOT PROVIDING NOTICE TO AFRICAN-AMERICAN MALE PLAINTIFFS, JAMES JENKINS, JR. AND JAMES JENKINS III.**

Holcomb:

*Your racism is NOW OBSTRUCTING substantive NOTICE to PLAINTIFFS. Coincidentally, both plaintiffs are AFRICAN-AMERICAN MALE PLAINTIFFS.*

Your racist order directs White Attorney (NOT RETAINED BY EITHER PLAINTIFFS) to give NOTICE of the ruling.

Think for a minute: how do you think VOGEL can NOTIFY JAMES JENKINS, JR. and JAMES JENKINS III with NOTICE when VOGEL HAS NO CONTACT WITH EITHER PLAINTIFF.

Moreover, try to think AGAIN for a minute: WITHOUT NOTICE to AFRICAN-AMERICAN PLAINTIFFS, how do you think this case will move forward meritoriously. It won't. You will dismiss this case as I can see it.

You racists don't think. You only think what you're doing is right.

*VOGEL HAS NO CONTACT/NO COMMUNICATION WITH PLAINTIFFS.*

*PLAINTIFFS NEVER RETAINED VOGEL.*

*VOGEL HAS NO CONTACT INFORMATION FOR EITHER PLAINTIFF BECAUSE HE WAS NEVER AN ATTORNEY THAT THEY RETAINED. VOGEL IS YOUR RACIST PRODUCT ON THE DOCKET.*

*I, WILL NEVER PROVIDE CONFIDENTIAL PRIVILEGED INFORMATION OF MY CLIENTS, WHATEVER RACE, ETHNIC BACKGROUND AND COLOR THEY'RE TO ANYONE.*

*PARTICULARLY, NOT WHEN YOU RACIST HOLCOMB, DISMISSED ME AS ATTORNEY-OF-RECORD. I HAVE NO OBLIGATION TO YOUR ORDERS, AND/OR TO YOU.*

*WHITE, MALE ATTORNEY, VOGEL is happily celebrating as is the other WHITE MALE ATTORNEY, GARNER.*

*WHEN AND IF I BECOME JUDGE IN AMERICA, I'LL BE LOCKING UP A LOT OF WHITE CRIMINALS IN JAIL/PRISON. AND SOME INDIAN MALE CRIMINALS.*

*EVEN IF SUSPENSION, DISBARRMENT OR SOME MILD DISCIPLINARY PROBATION, I'LL REVIVE AND BE BACK.*

*LAUGH NOW ALL YOU WANT – GUESS WHO'LL BE LAUGHING IN THE END.*

*FOR NOW, LET'S SEE HOW YOU PROVIDE NOTICE TO PLAINTIFFS. MAYBE ASK THE DEFENDANT SHARON JIMENEZ THAT YOUR RACIST STAFF ALSO MISPELLED HER LAST NAME ON THE DOCKET AS "JIMINEZ".*

> Activity in Case 8:23-cv-01317-JWH-DFM James Jenkins Jr. v. Sharon Jiminez et al Order on Motion to Set Aside Default   Inbox
>
> cacd_ecfmail@cacd.uscourts.gov   Tue, Sep 3, 2:17 PM (2 days ago)
> to ecfnef
>
> **This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
>
> \*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.
>
> UNITED STATES DISTRICT COURT
>
> CENTRAL DISTRICT OF CALIFORNIA
>
> Notice of Electronic Filing

*RACISM KNOWS NO BOUNDS IN YOUR COURT – SUBSTANTIVELY AND NON-SUBSTANTIVELY.*

*I declare under the penalty of perjury that the foregoing statements are true and correct under the laws of the United States of America and the State of California.*

*Sincerely,*

*Reshma Kamath*

**RESHMA KAMATH,**

**Lead Counsel for Plaintiffs JAMES JENKINS JR. and JAMES JENKINS III.**