# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JENKINS, JR, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>SHARON JIMENEZ, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:23–cv–01317–JWH–DFM<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   9/5/2024

Document No.:   70, 71

Title of Document:   Declarations

**ERROR(S) WITH DOCUMENT:**

Local Rule 11–3.8 title page is missing, incomplete, or incorrect.

Other:

Reshma Kamath is no longer counsel of record as of August 30, 2024, pursuant to Order of the Court [69].

**Note:**  In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: September 5, 2024           By:  /s/ *Yvette Louis  yvette_louis@cacd.uscourts.gov*
                                                            Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS