

*Via ECF electronic delivery* only
**SEPTEMBER 10, 2024**
**RESHMA KAMATH, CAL. BAR NO. 333800,**
**LAW OFFICE OF RESHMA KAMATH**
700 El Camino Real Suite 120, #1084,
Menlo Park, CA 94025 Phone: 650 257 0719 |
E-mail: reshmakamath2021@gmail.com |
Counsel for Plaintiffs JAMES JENKINS JR., AND JAMES JENKINS III

    **RE: DIRTY WHITE RACIST TRASH HOLCOMB'S WHITE MALE ATTORNEY BOYS' CLUB AGAINST AFRICAN-AMERICAN MALE PLAINTIFFS.**

  Your dirty White racist trash taking a regular filing and making it "deficient". Enjoy your White Boys' Club.

  **The falsification of Vogel** using MY NAME and that of my LAW FIRM on the court docket you dirty trashy racist HOLCOMB have justified. SHAME ON YOU, DIRTY WHITE RACIST TRASH HOLCOMB. HOLCOMB'S SCATH-FREE letting WHITE MEN and WHITE WOMEN walk out like they did nothing wrong - DISGUSTING.

  You protect your White people like some kind of innate clan behavior.

  **DIRTY RACIST HOLCOMB'S RACIST ORDERS and DISMISSALS** won't affect me in anyway. I'll be in this case as counsel for PLAINTIFFS. YOU DIRTY WHITE TRASH - I'll ensure you learn your lesson. This is why I left American for good - if the same behavior is displayed in America from racists and elsewhere, then no point living in America.

  Sincerely,

*Reshma Kamath*    *RESHMA KAMATH, Lead Counsel for Plaintiffs*