**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| James Jenkins Jr. <br><br> v. <br><br> Sharon Jiminez et al <br><br> PLAINTIFF(S) / DEFENDANT(S). | CASE NUMBER: <br><br> 8:23-cv-01317-JWH-DFM <br><br> **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 9/4/2024 | 70 | DECLARATION of RESHMA KAMATH |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- [✓] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [ ] Other:

Dated: 9/10/2024

By: /s/ J.W. Holcomb
U.S. District Judge, John W. Holcomb

G-112B (07/24)　　ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT