# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Jenkins Jr.<br><br>PLAINTIFF(S)<br>v.<br><br>Sharon Jiminez et al<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>8:23-cv-01317-JWH-DFM<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 9/5/2024 | 71 | DECLARATION of RESHMA KAMATH |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- [✓] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [ ] Other:

Dated: 9/10/2024

By: _____
U.S. District Judge, John W. Holcomb