

*Via ECF electronic delivery* only
**SEPTEMBER 12, 2024**
**RESHMA KAMATH, CAL. BAR NO. 333800,**
**LAW OFFICE OF RESHMA KAMATH**
700 El Camino Real Suite 120, #1084,
Menlo Park, CA 94025 Phone: 650 257 0719 |
E-mail: reshmakamath2021@gmail.com  |
Agent for Plaintiffs JAMES JENKINS JR., AND JAMES JENKINS III, *In Propria Persona*

### *RE: PLAINTIFFS OPT FOR RESHMA KAMATH TO BE AGENT FOR SERVICE OF COURT PLEADINGS AND COMMMUNICATIONS RELATED TO LAWSUIT WHILE PLAINTIFFS WILL BE IN PROPRIA PERSONA.*

Pursuant to discussion with undersigned counsel*, PLAINTIFFS* JAMES JENKINS JR., AND JAMES JENKINS III will be *in propria persona* in this case. Plaintiffs have also decided that RESHMA KAMATH will continue to be Plaintiffs' agent-for-service of all court pleadings and communications related to the lawsuit while Plaintiffs will be *in propria persona.* Plaintiffs only had retained RESHMA KAMATH as counsel for this case, and completely trust that RESHMA KAMATH has the best interest of Plaintiffs at the forefront. Plaintiffs **never** retained a stranger called BRIAN VOGEL and will **not** communicate with such an individual who is not in the best interest of Plaintiffs. Plaintiffs will put the afore-stated in a notarized declaration shortly. Since Plaintiffs are overseas and because Plaintiff JAMES JENKINS, JR. is in debilitating health, this will take approximately one week. Plaintiffs will file substitution-of-attorney forms to be *in propria persona* along with the declarations.

*Sincerely,*

*Reshma Kamath*

***RESHMA KAMATH, agent for Plaintiffs***