

*Via ECF electronic delivery* only

**SEPTEMBER 12, 2024**
**RESHMA KAMATH, CAL. BAR NO. 333800,**
**LAW OFFICE OF RESHMA KAMATH**
700 El Camino Real Suite 120, #1084,
Menlo Park, CA 94025 Phone: 650 257 0719 |
E-mail: reshmakamath2021@gmail.com  |
Agent for Plaintiffs JAMES JENKINS JR., AND JAMES JENKINS III, *In Propria Persona*

### *RE: OBJECTIONS TO BRIAN VOGEL'S PERJURIOUS STATEMENTS UNDER OATH PERTAINING TO RESHMA KAMATH*

As usual, BRIAN VOGEL has made perjurious statements in declarations – very typical of White attorneys. Any statement about me that BRIAN VOGEL has falsely made such as "refusing" to provide information is false. BRIAN VOGEL failed to make any attempts to procure Plaintiffs' contact information from me. In fact, I very politely wrote this e-mail to him after I read VOGEL's perjurious declaration that all White attorneys, and their ass-licker, non-White attorneys/judges should read:

"

**Reshma Kamath <reshmakamath2021@gmail.com>**                    9:17 AM

(4    hours

ago)

to Brian, Eric, DANIEL

Learn how to Spell, Brian.

After that, learn how not to write PERJURIOUS DECLARATIONS. I know you're White and cannot help but write the delusions you believe - yet you should get out of your imaginations and REFRAIN FROM FALSIFYING FACTS on your declaration under oath.

I'll produce this e-mail to court. Don't worry. Jerks such as Holcomb and you are well-documented in American history.

Sincerely,

Reshma Kamath"

It seems the Court's clerk and BRIAN VOGEL have the same IQ and intelligence. One (the clerk) writes "Jiminiz" and other (Vogel) writes, "Gender."

No wonder the Judge likes both such sub-par individuals – people in power such as HOLCOMB love those who'll never surpass them, and obviously hate those such as RESHMA KAMATH, who definitely will.

Not one e-mail of PLAINTIFFS is sufficient for CURRENT-SERVICE VIA ELECTRONIC COMMUNICATION. "Gender" making up e-mail addresses, Vogel putting that in his declaration, and the Court Holcomb buying it. Complete WHITE MISOGYNY.

Sincerely,

*Reshma Kamath*

**RESHMA KAMATH, agent for Plaintiffs**

Law Office of Reshma Kamath
700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025
(650)-257-0719; reshmakamath2021@gmail.com