

*Via ECF electronic delivery* only

**SEPTEMBER 13, 2024**
**RESHMA KAMATH, CAL. BAR NO. 333800,**
**LAW OFFICE OF RESHMA KAMATH**
700 El Camino Real Suite 120, #1084,
Menlo Park, CA 94025 Phone: 650 257 0719 |
E-mail: reshmakamath2021@gmail.com  |

Agent for Plaintiffs JAMES JENKINS JR., AND JAMES JENKINS III, *In Propria Persona*

### *RE: PLAINTIFFS' FILINGS TO RESHMA KAMATH VIA ECF.*

The Judge Holcomb has threatened me, Reshma Kamath, with a U.S. Marshall telling me that if I file anything on behalf of African-American Plaintiffs James Jenkins, Jr. and James Jenkins III, that I will be arrested via an arrest warrant. The Judge Holcomb sent the message to a U.S. Marshall who is investigating and has informed me to "STOP" filings. This even after I had informed the U.S. Marshall that Plaintiffs do not have access to ECF portal and that Plaintiffs have elected me to receive/file court pleadings for them in this case.

Appalling this is how White Men such as Holcomb deal with African-American men and non-White, immigrant women, such as Indian-American women.

Allegedly the filings in written format are a "threat" to the White Man, Holcomb.

White Man, Holcomb doesn't see his demeaning behavior as a threat - such as in engaging a U.S. Marshall to issue an arrest warrant and dismissing an Indian woman attorney from representing African-American male Plaintiffs.

Such is the racist and misogynistic California court system I have to deal with – including the horrible environment in the United States of America for non-White women.

Any pleadings from the court should be sent to RESHMA KAMATH via ECF and/or e-mail (in case the court Holcomb decides to block CACD ECF in its "threatening" behavior to cripple an attorney from asserting a litigants' rights.)

This is why I left the United States to protect my life from White People's mental insanity. I don't even care if my passport gets taken away. I have left for good. (Nelson Mandela (even if South African), Ahmad Arbory, George Floyd, Emmet Till, and countless others are victims of the White person's insanity). I have atleast four real-time clients, all African-American male clients, who were victims of White people's crimes and where the latter walked away scathe-free.

RESHMA KAMATH continues to be the AGENT for PLAINTIFFS JAMES JENKINS, JR., a retired disabled sheriff and his son, JAMES JENKINS, III, an entrepreneur.

*Sincerely,*

*Reshma Kamath*

***RESHMA KAMATH, agent for Plaintiffs***