JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JAMES JENKINS, JR., and
JAMES JENKINS, III,

    Plaintiffs,

v.

SHARON JIMENEZ,
COLDWELL BANKER
    CORPORATION, doing business as
    Coldwell Banker Platinum
    Properties,
ORANGE COUNTY SHERIFF'S
    DEPARTMENT LAGUNA
    NIGUEL, and
DOES 1-10, inclusive,

    Defendants.

Case No. 8:23-cv-01317-JWH-DFM

**JUDGMENT**

1 | Pursuant to the "Order Dismissing Action Without Prejudice" filed substantially contemporaneously herewith, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED without prejudice** for lack of prosecution.

2. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 13, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE